FILED

JAN 19 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:22cr6 |
| BRITTANY MARIE BREEDEN, aka BRITTANY MARIE FINCH, and QUASYM DIVAD JOHN FINCH, | Violations: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(c)(1)(A)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |
| Defendants. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

**(Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base, Fentanyl, and Methamphetamine Hydrochloride)**

From on or about January 1, 2020, to on or about February 6, 2021, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendants **BRITTANY MARIE BREEDEN, aka BRITTANY MARIE FINCH, and QUASYM DIVAD JOHN FINCH**, did unlawfully, knowingly, and intentionally combine, conspire, confederate, agree and have a tacit understanding together with each other, and with others to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and to distribute cocaine base, also known as "crack," a Schedule II controlled substance; fentanyl, a Schedule II controlled substance; and methamphetamine hydrochloride, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846, and 841(b)(1)(C).

## COUNT TWO

### (Distribution of Cocaine Base)

On or about February 2, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **BRITTANY MARIE BREEDEN, aka BRITTANY MARIE FINCH** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for $100 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

### (Distribution of Cocaine Base)

On or about February 3, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **BRITTANY MARIE BREEDEN, aka BRITTANY MARIE FINCH** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for $50 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

### (Distribution of Fentanyl)

On or about February 6, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **BRITTANY MARIE BREEDEN, aka BRITTANY MARIE FINCH** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for $120 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

**(Possession with Intent to Distribute 50 Grams or More of Crystal Methamphetamine, aka "Ice")**

On or about February 6, 2021, in Berkeley County, in the Northern District of West Virginia, defendants **BRITTANY MARIE BREEDEN, aka BRITTANY MARIE FINCH, and QUASYM DIVAD JOHN FINCH**, did unlawfully, knowingly, intentionally and without authority, possess with intent to distribute fifty (50) grams or more of crystal methamphetamine, also known as "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX

### (Unlawful Possession of a Firearm)

On or about February 6, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **QUASYM DIVAD JOHN FINCH**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is the felony offense of Fleeing or Attempting to Elude Officer in the Court of Common Pleas of Philadelphia County, Pennsylvania, Docket No. CP-51-CR-0007139-2013, did knowingly possess in and affecting commerce a firearm, that is (1) a Taurus Armas S.A., Judge, .410 Revolver, bearing serial number AAN166876, (2) a Taurus International Manufacturing, Inc., Curve, .380 pistol, bearing serial number 1D151592, and (3) a Zastava Arms (imported by Century International Arms, Inc.), N-PAPM70 model, semi-automatic rifle, 7.62x39 mm caliber, bearing serial number N-PAP051737; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVEN

### (Possessing a Firearm in Connection with Drug Trafficking Crime)

On or about February 6, 2021, in Berkeley County, in the Northern District of West Virginia, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is Possession with Intent to Distribute Fifty (50) Grams or More of Crystal Methamphetamine, aka Ice, defendant **QUASYM DIVAD JOHN FINCH**, did possess in furtherance of such crime a firearm, that is (1) a Taurus Armas S.A., Judge, .410 Revolver, bearing serial number AAN166876, (2) a Taurus International Manufacturing, Inc., Curve, .380 pistol, bearing serial number 1D151592, and (3) a Zastava Arms (imported by Century International Arms, Inc.), N-PAPM70 model, semi-automatic rifle, 7.62x39 mm caliber, bearing serial number N-PAP051737; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including (1) a Taurus Armas S.A., Judge, .410 Revolver, bearing serial number AAN166876, (2) a Taurus International Manufacturing, Inc., Curve, .380 pistol, bearing serial number 1D151592, and (3) a Zastava Arms (imported by Century International Arms, Inc.), N-PAPM70 model, semi-automatic rifle, 7.62x39 mm caliber, bearing serial number N-PAP051737.

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), including (1) a Taurus Armas S.A., Judge, .410 Revolver, bearing serial number AAN166876, (2) a Taurus International Manufacturing, Inc., Curve, .380 pistol, bearing serial number 1D151592, and (3) a Zastava Arms (imported by Century International Arms, Inc.), N-

PAPM70 model, semi-automatic rifle, 7.62x39 mm caliber, bearing serial number N-PAP051737.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. IHLENFELD, II
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney